UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Carl L. Carter, Jr.

    v.                            Case No. 17-cv-52-LM

Englander et al

## ORDER

After due consideration of the objections and responses filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 22, 2018.

                                        _____
                                        Landya B. McCafferty
                                        Chief Judge

Date: December 11, 2018


cc:   Carl L. Carter, pro se
       Counsel of Record